# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, *ex rel.*
and JULIAN RODNEY ROOKS JR.,

Case No. 

           **Plaintiff,**

FILED *IN CAMERA* AND
UNDER SEAL

vs.

Sallie Mae, Inc., a Florida Corporation,
Sallie Mae Bank
Sallie Mae, fictitiously named Navient
Solutions Inc., a Florida Corporation
Kurt Felder, a Sallie Mae Investigator
Finance Authority of Maine (FAME),
Key Bank
Key Education Resources
General Revenue Corporation,
Finance Authority of Maine,
SLFA-WA INC/WRLLC,ZIONS AS ELT
USA Funds,
USA Services Inc.
USA Group Loan Services,
General Revenue Corporation,
St Joseph's College of Maine,
Equinox Capital, licensed by the United
States Small Business Administration,
Equinox Capital Partners LLC,
Equinox, *et al,*

Causes of Action:

1. Conspires to commit a violation of
sub-paragraph...(G); ...or knowingly
conceals or knowingly and
improperly avoids...an obligation to
pay or transmit money...to the
Government, in Violation of the
False Claims Act, 31 U.S.C. §
3729(a)(1)(G), (2 Counts).

2. Knowingly presents, or causes to
be presented, a false or fraudulent
claim for payment or approval;, in
Violation of the False Claims Act, 31
U.S.C. § 3729(a)(1)(A), (2 Counts).

3. Conspires to commit a violation of
sub-paragraph...(B);, in Violation of
the False Claims Act, 31 U.S.C. §
3729(a)(1)(C), (4 Counts).

Filed0122'16UsDcFln4PM0129

USA Services Inc.
USA Group Loan Services,
General Revenue Corporation,
St Joseph's College of Maine,
Equinox Capital, licensed by the United
States Small Business Administration,
Equinox Capital Partners LLC,
Equinox, *et al*,
Prairie Capital,
R3 Education Inc., a Florida Corporation,
R3 Education, a Massachusetts
Corporation, Steven Rodger, CEO,
St. Matthews University, Inc., a Florida
Corporation, St. Matthew's University
St. Matthews University, Inc., a Florida
Corporation, St. Matthew's University
(Cayman) Ltd., Corp., a Florida Corporation
St. Matthew's University
School of Medicine LLC, a Florida
Corporation, St. Matthews University
Ltd., a Florida Corporation,
Roger Crawford Courtney Esq., Special
Council to St. Matthews University,
Member of the Bar of the
Commonwealth of Virginia and of
other states,

4. Knowingly makes, uses, or causes
to be made or used, a false record or
statement material to a false or
fraudulent claim;, in Violation of the
False Claims Act, 31 U.S.C. §
3729(a)(1)(B), (4 Counts).

Defendants,

Plaintiff and Realtor Julian Rodney Rooks Jr. allege as follows:

## I.  Introduction

1.(a) This is an action to recover damages and civil penalties on behalf of the

United States of America arising out of false claims approved and presented by

Defendants to obtain at least $27,805 dollars from the United States Department of

2 of 18

Education (DOE) pursuant to the Higher Education Act, Title IV ("HEA").

(b) Defendant St. Matthew's University School of Medicine's (SMU) Vice President misrepresented the schools' eligibility to receive these HEA funds (exhibits 5,4).

(c) These HEA funds were paid to Defendant SMU (exhibits 6, 7).

(d) Specific causes of action, as pled in Relator's related core proceeding, played a significant role in the default of the loans at issue in this Complaint.

(e) When these loans defaulted, the lender filed claims with the Guarantee Agency (exhibit 17) and the Lender was reimbursed (exhibit 18).

(f) The Guarantee Agency then filed claims, false claims, with the DOE, and the Guarantee Agency was wrongly reimbursed from funds of the United States (exhibits 25AB, 27AB, 28AB, 29AB).

(g) The Lender, the Guarantee Agency and the Servicer each had actual knowledge that the claims submitted between themselves and the claims submitted to the United States were false prior to filing them. The proof is here (exhibits 10, 13).

(h) Defendants knowingly acted with deliberate indifference and disregard as to the truth of their claims.

(i) Realtor asserts causes of action under the False Claims Act for submission of knowingly false or fraudulent claims paid or approved, in violation of 31 U.S.C. § 3729(a)(1)(G) (2 counts), 31 U.S.C. § 3729(a)(1)(A) (2 counts), 31 U.S.C. § 3729(a)(1)(C) (4 counts) and 31 U.S.C. § 3729(a)(1)(B) (4 counts).

## II. Jurisdiction and Venue

2.(a) This action is brought pursuant to the False Claims Act, 31 U.S.C. §§ 3729 et seq..

(b) This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C §1331, and 31 U.S.C. §3732, the latter of which specifically confers jurisdiction on this court for actions brought pursuant to 31 U.S.C. §§3729 and 3730.

(c) This case arises from the wrongful conduct of the Defendants in obtaining funds from the United States Department of Education under the Higher Education Act, Title IV.

3. (a) Under 31 U.S.C. § 3732, "Any action under 3730 may be brought in any judicial district in which the Defendant or, in the case of multiple Defendants, any one Defendant, can be found, resides, transacts business, or in which any act proscribed by section 3729 occurred."

(b) Venue is proper in the Northern District of Florida because Defendants maintain, transact and operate businesses and are Corporations within the Eleventh District.

4.(a) This is a core proceeding arising under Title 11. This proceeding is separate from, but materially related to, another core proceeding, an Adversary Complaint containing additional material evidence, also arising under Title 11 over which this court has jurisdiction under Title 28 U.S.C. § 157(b) and filed simultaneously with the filing of this Action and Complaint.

5.(a) This Court has personal jurisdiction over the Defendants under 31 U.S.C. §
3732(a).

### III. Plaintiff

6.(a) *Qui Tam* Plaintiff Julian Rodney Rooks Jr. (hereinafter "Rooks") is a citizen
of the United States of America and is a resident of Leon County, in the State of Florida.

(b) Rooks is a graduate of, and was a medical student attending, Defendant
SMU's medical school from January, 1999 to June 2002 and was also a student at
Defendant St. Joseph's College of Maine.

(c) Relator is the unique and original source of the evidence provided in this
Complaint.

(d) Rooks brings this action on behalf of the United States of America.

7.(a) As required under the False Claims Act, 31 U.S.C. § 3730(a)(2), Relator,
simultaneously with the filing of this Complaint, provided to the United States Attorney
for the Northern District of Florida a statement of all material evidence and information
related to this Complaint.

(b) This disclosure statement supports the existence of "submission of a
knowingly false or fraudulent claim for payment or approval," under the False Claims
Act, 31 U.S.C. § 3729(a)(1).

8. The United States is named as a Plaintiff because funds of the United States of
America were awarded to Defendants Finance Authority of Maine and USA Services
Inc., pursuant to the HEA, Title IV, as a result of the false claims alleged in this

Complaint.

## IV. Defendants

9.(a) Plaintiffs respectfully request that The Court preclude the Defendants from asserting a defense related to the statute of limitations as this would allow the Defendants to plead a defense made possible by their own fraudulent concealment, as pled in this Complaint with specificity and particularity and as also pled with specificity and particularity in Relator's related core proceeding.

10.(a) Defendant SMU is a medical school, "approved" by the State of Florida (exhibit 1B) and licensed by the State of Florida (exhibits 1A, 2) whose "Principal Place of Business" is in Orlando, Florida (exhibit 3).

(b) Students attend the first half of medical school on Grand Cayman in the Cayman Islands (Plaintiff was a student when this campus was located in Belize) and then return to the United States for the second half of medical school.

11.(a) Defendant St. Joseph's College of Maine (SJC), is an educational institution located in Standish, Maine.

(b) SJC offered a Graduate degree study program to SMU students as well as Title IV Stafford loans.

(c) It was SJC's Title IV Stafford Loan Program that was the source of the HEA funds at issue in this Complaint.

12.(a) FINANCE AUTHORITY OF MAINE (hereinafter FAME) is listed as the "Guarantor" on Plaintiff's promissory notes at issue in this Complaint (exhibits 10A, 13A).

(b) FAME is listed as the "Guarantor" on these documents sent under the promissory notes at issue in this Complaint (exhibits 11A, 12A, 14A, 15A).

(c) USA SERVICES INC. is listed as the "Guarantor" on the Plaintiff's promissory notes at issue in this Complaint (exhibits 10B, 13B).

(d) KEY BANK is listed as the "Lender" on the Plaintiff's promissory notes at issue in this Complaint (exhibits 10C, 10C1, 13C).

(e) KEY BANK is listed as the "Lending Institution" on these documents sent under the promissory notes at issue in this Complaint (exhibits 11B, 12B, 14B, 15B,).

(f) USE GROUP LOAN SERVICES is listed as the "Lending Institution" on these documents sent under Plaintiff's promissory note at issue in this Complaint (exhibits 11C, 12C).

(g) KEY EDUCATION RESOURCES is listed as the "Lending Institution" on these documents sent under Plaintiff's promissory note at issue in this Complaint (exhibits 14C, 15C).

(h) Sallie Mae describes itself as "Sallie Mae Servicing" (exhibit 9) and Sallie Mae is the Servicer for all of the loans at issue in this Complaint.

### V.  The Federal Family Education Lending Program (FFELP).

13. (a) The FFELP program was eliminated in 2010. The FFELP regulated transactions related to student loans on three levels. In order to participate in the program, lenders and guarantee agencies had to abide by the rules regulating the program. These three levels are:

(1) Level one (Lenders and students)(exhibit 16).

Lenders who are eligible under 34 C.F.R. § 682.101(a) lend to students. Lenders

are allowed to assign their loans to a third-party servicer who must also abide by

the FFELP rules under 20 U.S.C. § 1082(a)(1) and 34 C.F.R. §§ 682.203,

682.700(a).

(2) Level two (Guarantee agencies, Guarantor)(exhibit 16).

Guarantee agencies guarantee the lenders loans as provided under regulations 34

C.F.R. § 682.200(b) and 34 C.F.R. § 682.400. When a borrower defaults, the

lender is reimbursed by the guarantor under 34 C.F.R. §682.102(e)(7). A

guarantee agency must enter into four specific agreements before being allowed to

participate in the FFELP program; see 34 C.F.R. § 682.400.

(3) Level three (Between the DOE and the Guarantee agency)(exhibit 16).

In order to participate in the FFELP program, Guarantee agencies must enter into

agreements with the DOE under 20 U.S.C. § 1078(c). Under these agreements, the

DOE acts as a secondary insurer of the loans guaranteed by the agency. After the

agency exercises due diligence, the agency may then recover 100% of it's losses

from the DOE under 34 C.F.R. §§ 682.404(a), 682.410(b)(6).

### VI. Events

14. (a) On July 22, 2002, Sallie Mae signed for Rooks's notice (exhibit 8).

(b) On September 26, 2002, Sallie Mae sent "true copies" of these promissory notes and

documents at issue in this Complaint (exhibits 10-15), in this envelope (exhibit 9).

15. (a) LEVEL 1- Lenders and students.

(b) When the loans defaulted, Sallie Mae "submitted your loan(s) to the guarantor for reimbursement" (exhibit 17), and the guarantor paid the Lender "was purchased by the guarantor of the loan(s), Finance Authority of Maine (FAME)." (exhibit 18A).

16. In 2009, Defendant "USA Funds" (exhibit 19A) "and Sallie Mae acting on behalf of USA Funds" (exhibit 19B) claimed it would "obtain a court judgment against any of your assets" (exhibit 19E). Plaintiff experienced "drastic collection efforts" (exhibit 19D) and was "damaged" (exhibit 19C).

**VII. The Holders of the loans.**

17. LEVEL 2- Guarantee agencies (Guarantor)

The holders of the loans at issue in this Complaint were now;

(a) "Finance Authority of Maine (FAME)" (exhibit 18A)

(b) "USA Funds, your student loan guarantor" (exhibit 19A),

and

(c) "SLFA-WA INC/WRLLC,ZIONS AS ELT" (exhibit 18B).

18. LEVEL 3- Between the DOE and the Guarantee agency.

The Guarantee Agency (Guarantor) filed claims with the United States and was reimbursed using funds of the United States ("Claim filed with government", (exhibits 25A, 27A, 28A, 29A), "Balance paid" (exhibits 25B, 27B, 28B, 29B).

19. (a) In 2014 Defendant General Revenue Corporation on behalf of "Finance Authority of Maine" (exhibit 20C,B) asked the Plaintiff to;

(b) sign a new "Promissory Note" (exhibit 20A),

(c) for the same loans at issue in this Complaint (exhibits 21A,B,C,D),

(d) using a different account number (exhibit 20C),

(e) for a Federal consolidation loan program for which Defendants knew the loans did not qualify (exhibit 20D),

(f) "within 7 business days" (exhibit 20E)

20. Plaintiff did not sign the "Promissory Note" (exhibit 20A).

21. About 6 months later, Defendants Sallie Mae, FAME and USA Funds sent notice " to suspend our previous request to offset", citing "circumstances" and referring "any questions" to the Internal Revenue Service (exhibit 22, 23).

22. (a) About a month later, Rooks obtained his credit report (exhibit 24). (b) All of the loans at issue in this Complaint are reported as "Claim filed with government" (exhibits 25A, 27A, 28A, 29A), "Balance paid" (exhibits 25B, 27B,28B, 29B).

23. About 3 months later, the Guarantor, Finance Authority of Maine stated, "FINANCE AUTHORITY OF MAINE has been required to assign the following defaulted student loans to the U.S. Department of Education." (exhibit 30).

### VIII. 34 C.F.R. § 682.511(b)(1)(i) Procedures for filing a claim.

24. (a) Defendants were required to submit the following documents for their claims to be paid:

34 C.F.R. § 682.511 Procedures for filing a claim.
(b) Documentation required for claims.
    (1) The Secretary requires a lender to submit the following documentation with all claims:

(i) The original promissory note.

25. (a) These are "TRUE COPY"(s) of the promissory notes submitted by the Guarantee Agency (Guarantor) "FINANCE AUTHORITY OF MAINE" and "USA SERVICES INC." (exhibits 10, 13) to the United States.

### IX. Specific False Claims.

26. (a) Relator believes that an individual familiar with promissory notes, such as a Bank, Lender, Servicer, or Guarantor, would immediately notice the fraudulent nature of both of these promissory notes, because *res ipsa loquitur.*, and that; (b) the United States would have refused to pay these claims.

27. (a) Relator believes that if the United States were aware of the circumstances surrounding the offering, making, servicing and collecting of the loans at issue in this Complaint that;

(b) the United States would have refused to pay these claims.

Those circumstance are, but not limited to:

(c) "substantial misrepresentation" as defined in 34 C.F.R. § 668.71(a)(4)(c) (counts), fraudulent concealment (counts), false statements (counts), fraudulent inducement (exhibitA,A1,A2), an "incentive" (exhibitB) used as a "prohibited transaction" under 34 C.F.R. § 682.212(a)(1) and (2), and this "inducement" is an "unlawful payment" under 20 U.S.C. § 1097(c), failure to comply with 20 U.S.C § 1097(a), Defendants did ... knowingly and willfully... obtain by forgery... any funds, assets, or property provided or insured under 20 U.S.C. § 1070 et seq., Defendants

Finance Authority of Maine, Key Bank and USA Services failure to comply with 34 C.F.R. § 682.206(b) (counts), Sallie Mae's related "Demands against the United States" under 18 U.S.C. § 1003 (counts), Defendant Sallie Mae's failure to comply with 34 C.F.R. § 682.208(a)(c)(1) (counts), Sallie Mae's repeated failure to meet the standards set forth under 16 C.F.R. § 314.3(a)(b) (counts), Sallie Mae's failure to comply with 34 C.F.R. § 682.208 et seq., Defendant Sallie Mae and General Revenue Corporation's failure to comply with the applicable regulation under 34 C.F.R. § 682.509(b) (4 counts-more) and 18 U.S.C. § 876, Defendants failure to follow the permanent order of the Court for years, and other acts alleged and set forth in Relator and Plaintiff's related core proceeding.

(d) Federal loans not administered in accordance with the Act under 34 C.F.R. § 682.513  and applicable regulations affect the loan's coverage in determining the payment of a claim against the Secretary's guarantee under 34 C.F.R. § 682.513. Because the holders of the loans failed to comply with the requirements of this part, including, but not limited to, those concerning due diligence in the making, servicing, and collecting of a loan, these loans are not a "legally enforceable obligation of the borrower" under 34 C.F.R. § 682.513(a)(2), or a  legally enforceable obligation of the United States under the Secretary's Agreement.

## X. Actual knowledge that the claims were false.

28. Both Sallie Mae and the Guarantee Agency/Guarantor, "Finance Authority of Maine (FAME)", "USA Funds" and "SLFA-WA INC/WRLLC, ZIONS AS ELT", had actual knowledge that their claims for reimbursement were false because they were

required to submit the "original promissory note" as required under 34 C.F.R. § 682.511(b)(1)(i) and both promissory notes are patently fraudulent; *res ipsa loquitur.*

29. (a) Sallie Mae cannot claim that it did not know that it should not pass these promissory notes or allow them to be presented for claims because Sallie Mae itself had possession of these documents and sent these promissory notes and documents to Rooks in this envelope with Sallie Mae's name on it (exhibit 9-15) years before it passed the notes to the Guarantee Agency for it's claims to the United States.

(b) Sallie Mae cannot claim that it was unaware of the fraudulent nature of these promissory notes because the promissory notes have been flagged by Sallie Mae itself four times, (twice each), between stars and in capital letters these documents state " * FLAG ELECTRONIC APPLICATION * " four times (exhibits 11D, 12D, 14D, 15D) before they were sent to Rooks in 2002 (exhibit 9).

(c) Sallie Mae had an additional, heightened knowledge of the nature and adequacy of these promissory notes because Sallie Mae itself conducted it's own investigation into Rooks in 2008. This letter, signed by Sallie Mae "Investigator" "Kurt Felder" (exhibit 31) was the impetus for a separate but related case arising under Title 11 (Case No. 08-40810-LMK) and again under Title 11 (Adversary Complaint).

## First cause of action:
**31 U.S.C. § 3729(a)(1)(G) conspires to commit a violation of sub-paragraph... (G); ...or knowingly conceals or knowingly and improperly avoids...an obligation to pay or transmit money...to the Government.
Conspiracy between General Revenue Corporation and the Guarantee Agency (Guarantor) to obtain a replacement "Promissory Note" (2 COUNTS).**

30. Plaintiff re-alleges and re-incorporates paragraphs 1 through 29 of this Complaint as though fully set forth herein.

31. General Revenue Corporation, on behalf of Finance Authority of Maine (guarantor), asks Plaintiff to sign a new single "Promissory Note"(exhibit 20A) for the exact same Title IV US Government loans at issue in this complaint.

32. Plaintiff alleges a conspiracy between Finance Authority of Maine and General Revenue Corporation to obtain a single promissory note from Rooks to replace the two  fraudulent ones, (2 counts), for the purpose of concealing and improperly avoiding a refund due to the United States for the false claims it paid to the Defendants.

### Second cause of Action:
### 31 U.S.C. § 3729(a)(1)(A) knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval; ( COUNT 1)

33. Plaintiff re-alleges and re-incorporates paragraphs 1 through 32 of this Complaint as though fully set forth herein.

34. Defendant Finance Authority of Maine/USA Services Inc. "knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval;" (exhibits 25A,B, 27A,B) and funds of the United States were wrongfully paid as a result.

### Third cause of action:
### 31 U.S.C. § 3729(a)(1)(A) knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval; ( COUNT 2)

35. Plaintiff re-alleges and re-incorporates paragraphs 1 through 34 of this Complaint as though fully set forth herein.

36. Defendant Finance Authority of Maine/USA Services Inc. "knowingly

presents, or causes to be presented, a false or fraudulent claim for payment or approval;"

(exhibits 28A,B, 29A,B) and funds of the United States were wrongfully paid as a result.

**Fourth cause of action:**
**31 U.S.C. § 3729(a)(1)(C) conspires to commit a violation of sub-paragraph...(B);**
**Conspiracy between Sallie Mae and the Guarantors Finance Authority of**
**Maine and USA Services Inc. (4 COUNTS)**

37. Plaintiff re-alleges and re-incorporates paragraphs 1 through 36 of this

Complaint as though fully set forth herein.

38. Under Federal law, the submission of the original promissory notes is a

requirement for the Guarantor's claims. The Guarantee Agency (Guarantor) could not

submit it's claims without the promissory notes held by Sallie Mae. Sallie Mae provided

the promissory notes to the Guarantor with actual knowledge that they would be

submitted by the Guarantor with the Guarantor's claim and the submission of claims by

the Guarantor is the final step leading to the wrongful payment of funds from the United

States. Plaintiff alleges Sallie Mae participated in furthering a common purpose with the

Guaranty Agency (Guarantor) in which each one had actual knowledge that submission

of the claims was unlawful because they each possessed the evidence themselves that the

notes were fraudulent, (2 fraudulent notes, each defendant, 4 counts).

**Fifth cause of action:**
**31 U.S.C. § 3729(a)(1)(B) knowingly makes, uses, or causes to be made or used, a**
**false record or statement material to a false or fraudulent claim; (2 COUNTS)**

39. Plaintiff re-alleges and re-incorporates paragraphs 1 through 38 of this

Complaint as though fully set forth herein.

40. Defendant Sallie Mae "knowingly... uses,...a false record...material to a false

or fraudulent claim" when it provided the fraudulent notes to the Guarantee Agency (exhibits 10, 13, 1 count each).

### Sixth cause of action:
### 31 U.S.C. § 3729(a)(1)(B) knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim;
### (2 COUNTS)

41. Plaintiff re-alleges and re-incorporates paragraphs 1 through 40 of this Complaint as though fully set forth herein.

42. Plaintiff alleges Defendant Sallie Mae had actual knowledge that the Guaranty Agency should not have reimbursed the Lender (exhibit 18) because Sallie Mae had the fraudulent promissory notes years before this step (exhibits 9-15) and the reimbursement of the Lender by the Guarantee Agency (Guarantor) is the necessary first of two steps "material to a false or fraudulent claim" in the Servicer/Guarantor's conspiracy to submit the false claims that did result in the wrongful payment of funds from the United States (1 count per promissory note, 2 counts).

### Notice to Defendants

Please do not call the Plaintiffs. All communication with Plaintiffs must be in writing and sent to Plaintiff's email address **julianrooks@yahoo.com**. The email must contain,

(1) identification of Sender;

(2) identification of represented Defendant(s);

(3) a statement that the Sender is authorized to settle obo each named Defendant(s);

(4) message in plain text in the body of the email (100 words or less).

Plaintiffs cannot open;

(1) attachments, (2) links, (3) hyperlinks,

and emails failing to comply with the above cannot be accepted.

### **Prayer for Relief**

WHEREFORE, Plaintiffs request the following relief:

Plaintiff's have rights under the Crime Victims Rights Act (CVRA), 18 U.S.C. § 3771 et seq., and, under 18 U.S.C. § 3771(e), are "a person directly and proximately harmed as a result of the commission of a Federal offense".

1. Judgment in favor of the United States against Defendants, jointly and severally, by reason of the Defendants acts as set forth above and Defendants failure to comply with the provisions of the False Claims Act, in an amount equal to three times the amount of damages sustained by the United States and a civil penalty of "not less than $5,000 and not more than $10,000", for each violation, "plus 3 times the amount of damages which the Government sustains", pursuant to 31 U.S.C. § 3729(a).

2. Award to Relator, as the *Qui Tam* Plaintiff, the maximum amount allowed pursuant to 31 U.S.C. § 3730(d) on recovery by the United States;

3. Award Relator all reasonable expenses the Court finds to have been incurred, plus costs and all other allowable fees;

4. Punitive damages on all causes of action, to the extent allowable by law;

5.  and any such other relief the Court may deem just and proper.

Plaintiff's request the above relief and such other and further relief as this Court

may deem just and proper.

### **Demand for Jury Trial**

Plaintiffs demand a trial by Jury, pursuant to Fed.R.Civ.P Rule 38 . Per Local Rule

90151-1B., Plaintiff's give consent in the affirmative.

Respectfully submitted,

DATED: 1/22/2016

*Qui Tam* Plaintiff

Julian Rodney Rooks Jr.
3648 DARTFORD LANE
TALLAHASSEE, FL 32311
(850) 329-7019

**Credentials**

| | |
|---|---|
| › The SMU Differen | Proven Quality of Education |
| › Admissions [+] | |
| › Applications [+] | Commitment to Student Success |
| › Curriculum [+] | |
| › Academic Suppor | Location and Facilities |
| › Faculty [+] | Mission |
| › Research [+] | |
| › Financial [+] | Credentials |
| › Bookstore | |
| › FAQ [+] | |

Download Forms Library

The Government of Grand Cayman, British West Indies has fully chartered St Matthew's University. (click here to see document).

The accrediting body for St Matthew's University is the Accreditation Commission on Colleges of Medicine (ACCM). The United States Department of Education recognizes the ACCM as using accrediting standards similar to the accrediting body for medical schools in the United States. In 2007, the ACCM granted St. Matthew's University accreditation for six years, which is the longest accreditation period available under their protocol.

The World Health Organization lists St. Matthew's University in its most recent publication of the directory of medical schools.

The FAIMER International Medical Education Directory (IMED) of the Educational Commission for Foreign Medical Graduates (ECFMG) lists St Matthew's University in its listing of approved medical schools (click here).

St. Matthew's University is a member of the International Association of Medical Science Educators (IAMSE).

Approved by the State of New York for all clinical rotations, residencies and licensing. Please visit the New York State Education Department Office of Profession's website at http://www.op.nysed.gov/medforms.htm to view the listing of approved schools.

**A** → Licensed by the Commission for Independent Education, Florida Department of Education.

Additional information regarding this institution may be obtained by contacting:

Florida Department of Education
Commission for Independent Education
325 West Gaines Street
Tallahassee, FL 32399-0400
(888) 224-6684 (toll free)
www.fldoe.org/cie

**B** → **St. Matthew's University is one of only a small number of non-U.S. medical schools to be approved in both New York and Florida.**

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

*Florida Department of* **E D U C A T I O N**

## St. Matthew's University School of Medicine (#2634)

12124 High Tech Avenue, Suite 350
Orlando, FL 32817
Map

**Contact:** John Marvin
**Phone:** (407) 488-1700
**Fax:** (407)488-1702
**Email:** jmarvin@stmatthews.edu
**Website:** www.stmatthews.edu
**License Status:** Annual Extension
**Licensed Since:** 1/1/1999

Accreditation

| Accredited By | Level of Accreditation |
|---|---|
| ACCM | Institutional |

Note: Accreditation generally means that a college or school has been evaluated by a group of educators, and meets the accrediting agency's standards. This process is VOLUNTARY for the college; it is not "required". However, accreditation is required for financial aid eligibility, recognition of degrees or credits by employers or other colleges, universities, or schools, easy transfer of credits, acceptance into another school, and other education-related opportunities.
Be aware that some so-called "accrediting agencies" may not be recognized by the U.S. Department of Education, or may even be bogus! A current listing of recognized "accrediting agencies" may be found on the U.S. Department of Education's web site. Check with this office before you send money to any college, even if it claims to be accredited.

Programs Offered

| Program Title | Credential | Clock Hours | Credit Hours | CIP Code |
|---|---|---|---|---|
| Clinical Clerkships | First-Professional | | | 511201 |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 2
CASE NO.
ADVERSARY NO.
FOR ID. IN EVIDENCE
DATE REC'D

**2015 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# F05000004855

**Entity Name:** ST. MATTHEW'S UNIVERSITY, INC.

**FILED**
**Feb 16, 2015**
**Secretary of State**
**CC5963334834**

**Current Principal Place of Business:**

12124 HIGH TECH AVE.
SUITE 350
ORLANDO, FL 32817

**Current Mailing Address:**

12124 HIGH TECH AVE.
SUITE 350
ORLANDO, FL 32817

**FEI Number:** 20-3322769                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

MOYA, TERRY J
12124 HIGH TECH AVE
SUITE 350
ORLANDO, FL 32817 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                          Date

**Officer/Director Detail :**

| | | | | | |
|---|---|---|---|---|---|
| Title | P | | Title | CHAN | |
| Name | RODGER, STEVEN C | | Name | MARVIN, JOHN D | |
| Address | 823 LAKE AVENUE | | Address | 2847 HAZEL GROVE LANE | |
| City-State-Zip: | GREENWICH  CT  06830 | | City-State-Zip: | OVIEDO  FL  32766 | |

| | |
|---|---|
| Title | CFO |
| Name | MOYA, TERRY |
| Address | 12124 HIGH TECH AVE. SUITE 350 |
| City-State-Zip: | ORLANDO  FL  32817 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: TERRY J MOYA _____  CFO _____  02/16/2015

Electronic Signature of Signing Officer/Director Detail                                    Date

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____3_____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

**St. Matthew's University**

| | |
|---|---|
| **From:** | Jerry Thornton [jerrythornton@worldnet.att.net] |
| **Sent:** | Thursday, March 11, 1999 12:40 PM |
| **To:** | stmatthews@btl.net |
| **Subject:** | Rodney Rooks |

Rodney,

Below is a repeat of my email to you yesterday.  I have highlighted the amount SJC subtracted from your check which would account for that tuition.  Also I have highlighted the 750 dollar credit back to your balance from SMU.

If not clear please let me know.  I forwarded a copy of this to Dr. Renae Sersland.

Dr. Thornton

----------
> From: Jerry Thornton <jerrythornton@worldnet.att.net>
> To: stmatthews@btl.net
> Subject: Re: Hello Dr. Thornton.
> Date: Wednesday, March 10, 1999 10:30 AM
>
> Good to hear from you.
> As I have it recorded, I had stated to you that due to your circumstances,
> and on a purely individual basis,  St. Matthew's University would hold a
> note on you for $2,400 per semester, until your credit was cleared for
> basic sciences.  Clinical sciences tuition would require that you pay at
> least the minimum tution that was required by the hospital for your
> training.  The balance down to $2,400 would be required to be paid to SMU.
> I do not recall anything regarding the St. Joseph's program cost. However,
> St. Matthew's University does pay one half of your St. Joseph's tuition as
> an incentive to participate in the degree.  My records show:
>
>     SJC  Stafford Check     $9,250
>     Minus 4% Guarante       - 350
>     Minus SJC Tuition     1,500** (SJC deducted this from your check before
you received it)
>     Stafford Check to you  $7,380
>
>     SMU Tuition          $6,400
>     SMU pay toward SJC        - 750** (SMU credits your account with this
amount)
>     SMU note till graduation* - 2,400
>     Balance owed SMU   $3,250
>
>     The only balance owed to SMU would be $3,250. for this semester.  The 750
dollars was given back by deducting it from your tuition.  The note you
will sign for is $2,400.
>
> *see above comment on clinical training tuition.
>
> Dr. Thornton
>
>

1

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 4 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

> From: St. Matthew's University <stmatthews@btl.net>
> To: jerrythornton@worldnet.att.net
> Subject: Hello Dr. Thornton.
> Date: Wednesday, March 10, 1999 7:13 AM
>
> Dear Dr. Thornton,
>
> Back in January we spoke about paying my tuition upon arrival of Stafford
> and deferring a portion of it until graduation. Stafford has arrived and I
> am now ready to pay however I cannot remember the exact amount of tuition
> we
> agreed to defer. I do remember requesting approximately 2,400.00 in
> deferment and I believe you said something to the effect "Let's make it an
> even something".
> If my calculations are correct, assuming 2,400.00 deferment, I currently
> owe
> St. Matthews 2,500.00 .
> tuition             6,400.00
> St. Joseph's  - 1,500.00
> deferment      - 2,400.00
> St. Matthews   2,500.00
>
> Please inform me if there is any difference. I will await your answer
> before
> payment of this semester's tuition.
> Thank you for your help. It is greatly appreciated.
>
> Sincerely
> Rodney Rooks
> 3rd semester student
> St. Matthews University
> School of Medicine
>
>

2

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /

EXHIBIT NO._____ 5

CASE NO._____

ADVERSARY NO. _____

FOR ID. _____ IN EVIDENCE _____

DATE REC'D _____

**JULIAN R. ROOKS**
LIC. R200-436-66-430
2410-A CLEMONS CT.  PH. 904-553-4041
TALLAHASSEE, FL  32303

TAX DEDUCTIBLE ITEM ➡

688

| | |
|---|---|
| BAL FOR'D | |
| THIS PAYMENT | |
| BALANCE | |
| OTHER | |
| BAL FOR'D | |

**TMH Federal Credit Union**
1449 Miccosukee Road, Tallahassee, Florida 32308

⑆263⑆18 264 2⑉000000 500 38 900⑈0688  **NOT NEGOTIABLE**

WD-DUP.ⓂⓉ

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. 6
CASE NO.
ADVERSARY NO.
FOR ID. _____ IN EVIDENCE
DATE REC'D

JULIAN R. ROOKS
LIC. R200-436-66-430
2410-A CLEMONS CT.  PH. 904-583-4041
TALLAHASSEE, FL 32303

671

Talla Federal Credit Union
1440 Miccosukee Road, Tallahassee, Florida 32308

NOT NEGOTIABLE

No. 065                              Oct 8    19 99
Received from   Julian R. Rooks
Three thousand two hundred fifty
For   tuition
$ 3250.00              Jeff Trustey
CK# 671

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____7_____
CASE NO._____
ADVERSARY NO. _____
FOR ID. _____IN EVIDENCE _____
DATE REC'D _____



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SALLY MAE SERVICING
PO BOX 9500
WILKES BARRE, PA 18773

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Sallie Mae Servicing*     ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)     JUL 2 2 2002   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)     7001 1940 0000 0291 5740

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-25

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RODNEY ROOKS
124 W WASHINGTON BLVD
2E
OAK PARK, IL. 60302

---

**UNITED STATES POSTAL SERVICE**
```
***** WELCOME TO *****
OAK PARK MPO
OAK PARK, IL  60301-1285
07/18/02 04:04PM

Store USPS        Trans  120
Wkstn sys5003     Cashier KFRXV8
Cashier's Name    GLORIA
Stock Unit Id     GLORIAWIND
PO Phone Number   708-848-7900
USPS #            1615400301

1. First Class                    4.42
   Destination:   18773
   Weight:        0.60oz
   Postage Type:  PVI
   Total Cost:    4.42
   Base Rate:     0.37
            SERVICES
   Certified Mail            2.30
   7001194000002915740
   Return Receipt           1.75
2. 37c John Audubon         0.37

   Subtotal                 4.79
   Total                    4.79

   Cash                    10.00
   Change Due
   Cash                     5.21

Number of Items Sold: 2
       Thank You
   Please come again!
```

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

O F F I C I A L   U S E

WILKES BARRE, PA 18773

| | | | UNIT ID: 0301 |
|---|---|---|---|
| Postage | $ | 0.37 | |
| Certified Fee | | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: KFRXV8 |
| Total Postage & Fees | $ | 4.42 | 07/18/02 |

Sent To: SALLY MAE SERVICING
Street, Apt. No.; or PO Box No. PO BOX 9500
City, State, ZIP+4 WILKES BARRE PA 18773

PS Form 3800, January 2001     See Reverse for Instructions

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. ___8___
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



SEP 26'02

$129

PB METER
7103330 U.S. POSTAGE

JULIAN R. ROOKS
124 WEST WASHINGTON BOULEVARD
APT 2E
OAK PARK, IL 60302-4354

Sallie Mae Servicing

P.O. Box 9500
Wilkes-Barre, PA 18773-9500

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
| EXHIBIT NO. _____ 9 _____ |
| CASE NO. _____ |
| ADVERSARY NO. _____ |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D _____ |

TRUE COPY OF THE FRONT PAGE OF THE ORIGINAL-IMPORTANT COMMENTS ATTACHED

**Application and Promissory Note for Federal Stafford Loans** *(subsidized and unsubsidized)*
OMB No. 1840-0717  Form Approved  Exp. Date 03/31/99
WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097.

Guarantor or Program Identification
FINANCE AUTHORITY OF MAINE
RECD USA SERVICES JAN 08 1999

A  B  94

**Borrower Section**

| 1. Last Name | First Name | MI | 2. Social Security Number |
|---|---|---|---|
| ROOKS | JULIAN | R | 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 |

| 3. Permanent Street Address (if P.O. Box, see instructions) | | 4. Telephone Number | 5. Loan Period (Month/Year) |
|---|---|---|---|
| 8407 PENNY LANE | | ( 561 ) 467-9260 | From: 1-99  To: 8-99 |

| City | State | Zip Code | 6. Driver's License Number (List state abbreviation first) |
|---|---|---|---|
| FT. PIERCE | FL | 34951 | R 200-436-66-430-0  FL |

| 7. Lender Name | City | State | Zip Code | 8. Lender Code, if known | 9. Date of Birth (Month/Day/Year) |
|---|---|---|---|---|---|
| KEY BANK | USA | NA | | 813760 | 11-30-66 |

10. References: You must provide two separate references with different U.S. addresses. The first reference must be completed fully. Both references must be completed fully.

| Name | 1. JULIAN ROOKS Sr. | 2. ROBIN PETTY |
|---|---|---|
| Permanent Address | 8407 PENNY LANE | 377 ANCHOR WAY |
| City, State, Zip Code | FT. PIERCE FL 34951 | FT. PIERCE FL 34946 |
| Area Code/Telephone | ( 561 ) 467-9206 | ( 561 ) 466-9875 |
| Relationship to Borrower | PARENT | SISTER |

**Loan Assistance Requested**

11. I request the following loan type(s), to the extent I am eligible (see instructions): ☐ a. Subsidized Federal Stafford  ☑ b. Unsubsidized Federal Stafford

12. I request a total amount under these loan types not to exceed (see instructions for loan maximums): My school will certify my eligibility for each loan type for which I am applying. The amount and other details of my loan(s) will be described to me in a disclosure statement. $ 18,500 .00

13. If I check yes, I am requesting postponement (deferment) of repayment for my Stafford and prior SLS loan(s) during the in-school and grace periods. If I check no, I do not want to defer repayment. ☑ a. Yes, I want a deferment  ☐ b. No, I do not want a deferment

14. If I check yes, I am requesting that the lender add the interest on my unsubsidized Stafford and prior SLS loan(s) which accrues during the in-school and deferment periods, to my loan principal (capitalization). If I check no, I prefer to pay the interest. ☑ a. Yes, I want my interest capitalized  ☐ b. No, I prefer to pay the interest

15. If my school participates in electronic funds transfer (EFT), I authorize the school to transfer the loan proceeds received by EFT to my student account. ☐ a. Yes, transfer funds  ☐ b. No, do not transfer funds

**Promissory Note**   *Continued on the reverse side.*

Promise to Pay: I promise to pay to the lender, or a subsequent holder of this Promissory Note, all sums disbursed (hereafter "loan" or "loans") under the terms of this Note, plus interest and other fees which may become due as provided in this Note. If I fail to make payments on this Note when due, I will also pay reasonable collection costs, including attorney's fees, court costs, and collection fees. I understand I may cancel or reduce the size of any loan by refusing to accept any disbursement that is issued. I understand that this is a Promissory Note. I will not sign this Note before reading it, including the writing on the reverse side, even if otherwise advised. I am entitled to an exact copy of this Promissory Note and the Borrower's Rights and Responsibilities. My signature certifies I have read, understand, and agree to the terms and conditions of this Application and Promissory Note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities statement.

THIS IS A LOAN(S) THAT MUST BE REPAID.

16. Borrower's Signature _____  Today's Date (Month/Day/Year) 01-03-99

**School Section**   *To be completed by an authorized school official.*

| 17. School Name | 22. School Code/Branch | 28. Telephone Number |
|---|---|---|
| | | |

| 18. Street Address | 24. Cost of Attendance $ 9305 .00 | 29. Recommended Disbursement Date(s) (Month/Day/Year) 1st    2nd |
|---|---|---|
| City  State  Zip Code | 25. Federal Expected Family Contribution $ 2166 .00 | 3rd    4th |

| 19. Loan Period (Month/Day/Year) From:  To: | 26. Estimated Financial Aid $ 0 .00 | 30. School Certification (See box on the reverse side.) Signature of Authorized School Official |
|---|---|---|

| 20. Grade Level | 27. Certified Loan Amounts a. Subsidized $ 7139 .00 | Print or Type Name and Title |
|---|---|---|
| 21. Enrollment Status (Check one.) ☐ Full Time  ☐ At Least Half Time | b. Unsubsidized $ 2166 .00 | Date |
| Anticipated Completion (Graduation) Date (Month/Day/Year) | | ☐ Check box if electronically transmitted to guarantor. |

**Lender Section**   *To be completed by an authorized lending official.*

| 31. Lender Name | 32. Lender Code/Branch 813760 | 33. Telephone Number | 34. Lender Use Only |
|---|---|---|---|
| KEY BANK USA NA | | | |
| Street Address | 35. Amount(s) Approved a. Subsidized $ .00  b. Unsubsidized $ .00 | | |
| City  State  Zip Code | 36. Signature of Authorized Lending Official  Print or Type Name, Title, and Date | | |

1/31/94   LENDER COPY

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. 10
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

A

FINANCE AUTHORITY OF MAINE                    (Herein Called "Guarantor")

**NOTICE OF LOAN GUARANTEE AND DISCLOSURE STATEMENT**         SUBSIDIZED FEDERAL STAFFORD LOAN
LENDER USE ONLY:                                  GUARANTOR USE ONLY: 141SSL C503808886
                                                  BORROWER SSN:   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 US161/2
Lending Institution Name and Address              RESERVE ID      AG- X-000023-09
B    KEY BANK, USA                                LOAN PERIOD   01/04/99 THRU 04/16/99
     C/O USA GROUP LOAN SERVICES                  LENGTH OF GRACE    SIX FULL    MONTHS
     PO BOX 6179                                  GRADUATION DATE 06/30/02          D
     INDIANAPOLIS           IN       46206        MATURITY DATE   12/30/02
C                                                 * FLAG ELECTRONIC APPLICATION *
ED Lender Code   913760   Date Produced  02/12/99  Interest Rate     6.86    Date Guaranteed 02/11/99

School Name and Address                002051-00   Social Security Number         SEE ABOVE
                                                   Borrower Name and Address  PHONE: (561) 467-9260
     SAINT JOSEPH'S COLLEGE
     WHITE'S BRIDGE ROAD                               JULIAN R ROOKS
     STANDISH          ME     04084                    8407 PENNY LANE
                                                       FT. PIERCE        FL    34951

Late Charges Information: If any required installment payment has not reached the Lender within  N/A  days after its due date, the Lender may, if permitted by
law, bill you for a late charge at the maximum rate permitted. If a payment is late, you may be charged  N/A  % of the payment.
Total Indebtedness:
The total amount owed this Lender including this loan is  $7139.00 . This amount includes only the Federal Stafford (formerly called the Guaranteed Student
Loan), Federal SLS, Federal PLUS, and Federal Consolidation loans currently held by this lending institution. It does not include any amounts you may owe through
other lending institutions, nor does it include the amount you may owe through other loan programs. You may project your estimated monthly payments by looking up
the repayment terms using the "Repayment Term Estimates" on the back of this form.

| Disbursement Schedule | Estimated Disbursement Date | Loan Amount | Less Guarantee Fee | Less Origination Fee | Amount of Loan Check | Pre-Paid Guarantee Fee |
|---|---|---|---|---|---|---|
| ENTIRE   0909 | 02/16/99 | $ 7139.00 | $ 71.39 | $ 214.17 | $ 6853.44 | N/A |

E

REFER TO THE APPLICATION REGARDING DEFERMENT, CAPITALIZATION AND EFT.
IN ACCORDANCE WITH THE REQUIREMENTS OF FEDERAL LAW, THE ORIGINATION FEE FOR
YOUR LOAN EQUALS  3.0% OF THE LOAN AMOUNT.  BY CASHING YOUR STUDENT LOAN
CHECK, YOU ARE AGREEING TO PAY THIS ORIGINATION FEE.

THE GUARANTEE FEE IS EQUAL TO  1.00 PERCENT OF THE LOAN AMOUNT.

THE INTEREST RATE DISCLOSED ABOVE IS IN EFFECT UNTIL JUNE 30 AND WILL CHANGE
ANNUALLY ON JULY 1 BASED ON THE BOND EQUIVALENT RATE OF THE 91-DAY T-BILL
(AUCTIONED AT THE FINAL AUCTION HELD PRIOR TO JUNE 1) PLUS 1.7% WHILE YOU ARE
IN SCHOOL, IN GRACE OR IN DEFERMENT.  WHILE YOU ARE IN REPAYMENT, THE ANNUAL
INTEREST RATE CHANGE WILL BE CALCULATED USING THE T-BILL RATE PLUS  2.3%. YOUR
INTEREST RATE WILL NEVER EXCEED 8.25%.

USA Funds Form 282 (Rev. 5/94)                                         1 OF 2
                                    Copyright 1994 United Student Aid Funds, Inc. All Rights Reserved

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____
CASE NO._____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

**A**

FINANCE AUTHORITY OF MAINE                    (Herein Called "Guarantor")

**NOTICE OF LOAN GUARANTEE AND DISCLOSURE STATEMENT**
LENDER USE ONLY:

UNSUBSIDIZED FEDERAL STAFFORD LOAN
GUARANTOR USE ONLY: 141SUL C503808886
BORROWER SSN:    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 US162/2
RESERVE ID       AG-UX-000023-09
LOAN PERIOD   01/04/99 THRU 04/16/99
LENGTH OF GRACE     SIX FULL   MONTHS
GRADUATION DATE  06/30/02
MATURITY DATE    12/30/02      **D**
* FLAG ELECTRONIC APPLICATION *

Lending Institution Name and Address

**B** KEY BANK, USA
C/O USA GROUP LOAN SERVICES
PO BOX 6179
INDIANAPOLIS          IN        46206
**C**
ED Lender Code   913760    Date Produced    02/12/99

Interest Rate   6.86     Date Guaranteed   02/11/99

School Name and Address              002051-00

SAINT JOSEPH'S COLLEGE
WHITE'S BRIDGE ROAD
STANDISH          ME        04084

Social Security Number     SEE ABOVE
Borrower Name and Address   PHONE: (561) 467-9260

JULIAN R ROOKS
8407 PENNY LANE
FT. PIERCE        FL        34951

**Late Charges Information:** If any required installment payment has not reached the Lender within   N/A   days after its due date, the Lender may, if permitted by law, bill you for a late charge at the maximum rate permitted. If a payment is late, you may be charged   N/A   % of the payment.
**Total Indebtedness:**
The total amount owed this Lender including this loan is   $9305.00   This amount includes only the Federal Stafford (formerly called the Guaranteed Student Loan), Federal SLS, Federal PLUS, and Federal Consolidation loans currently held by this lending institution. It does not include any amounts you may owe through other lending institutions, nor does it include the amount you may owe through other loan programs. You may project your estimated monthly payments by looking up the repayment terms using the "Repayment Term Estimates" on the back of this form.

| Disbursement Schedule | Estimated Disbursement Date | Loan Amount | Less Guarantee Fee | Less Origination Fee | Amount of Loan Check | Pre-Paid Guarantee Fee |
|---|---|---|---|---|---|---|
| ENTIRE   1010 | 02/16/99 | $ 2166.00 | $  21.66 | $  64.98 | $ 2079.36 | N/A |



**E**

REFER TO THE APPLICATION REGARDING DEFERMENT, CAPITALIZATION AND EFT.
IN ACCORDANCE WITH THE REQUIREMENTS OF FEDERAL LAW, THE ORIGINATION FEE FOR
YOUR LOAN EQUALS  3.0% OF THE LOAN AMOUNT.  BY CASHING YOUR STUDENT LOAN
CHECK, YOU ARE AGREEING TO PAY THIS ORIGINATION FEE.

THE GUARANTEE FEE IS EQUAL TO   1.00 PERCENT OF THE LOAN AMOUNT.

YOU ARE RESPONSIBLE FOR ALL INTEREST ON THIS LOAN WHILE IN SCHOOL, IN THE
GRACE PERIOD, OR DURING PERIODS OF AUTHORIZED DEFERMENTS.  THIS INTEREST WILL
BE ACCRUED AND ADDED TO YOUR PRINCIPAL LOAN BALANCE NO MORE FREQUENTLY THAN
QUARTERLY AND WILL BE DUE AND PAYABLE AS PART OF THE ENTIRE LOAN AMOUNT, ONCE
REPAYMENT BEGINS.

THE INTEREST RATE DISCLOSED ABOVE IS IN EFFECT UNTIL JUNE 30 AND WILL CHANGE
ANNUALLY ON JULY 1 BASED ON THE BOND EQUIVALENT RATE OF THE 91-DAY T-BILL
(AUCTIONED AT THE FINAL AUCTION HELD PRIOR TO JUNE 1) PLUS 1.7% WHILE YOU ARE
IN SCHOOL, IN GRACE OR IN DEFERMENT.  WHILE YOU ARE IN REPAYMENT, THE ANNUAL
INTEREST RATE CHANGE WILL BE CALCULATED USING THE T-BILL RATE PLUS  2.3%. YOUR
INTEREST RATE WILL NEVER EXCEED 8.25%.

USA Funds Form 282 (Rev. 5/94)                      Copyright 1994 United Student Aid Funds, Inc. All Rights Reserved    2 OF 2

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. 12
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

TRUE COPY OF THE FRONT PAGE OF THE ORIGINAL

**A**

**B**

## Application and Promissory Note for Federal Stafford Loans *(subsidized and unsubsidized)*

OMB No. 1840-0717  Form Approved  Exp. Date 03/31/99
WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097.

Guarantor or Program Identification
FINANCE AUTHORITY OF MAINE
ME
(RCD US1 SOURCE)
MAR 25 1999         94

### Borrower Section
*Please print neatly or type. Read the instructions carefully.*

| 1. Last Name | First Name | MI | 2. Social Security Number |
|---|---|---|---|
| ROOKS | JULIAN | R | 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 |

| 3. Permanent Street Address (If P.O. Box, see instructions.) | 4. Telephone Number | 5. Loan Period (Month/Year) |
|---|---|---|
| 8407 PENNY LANE | ( 561 ) 467-9260 | From: 5/99 To: 4/00 |

| | City | State | Zip Code | 6. Driver's License Number (List state abbreviation first.) |
|---|---|---|---|---|
| | FT. PIERCE | FL | 34951 | R200-436-66-430  FL |

| 7. Lender Name | City | State | Zip Code | 8. Lender Code, if known | 9. Date of Birth (Month/Day/Year) |
|---|---|---|---|---|---|
| **C** →  Key Bank | | | | 813760 | 11-30-66 |

10. References: You must provide two separate references with different U.S. addresses. The first reference should be a parent or legal guardian (if living). Both references must be completed fully.

|  | 1. | 2. |
|---|---|---|
| Name | RODNEY ROOKS Sr. | ROBIN PETTEY |
| Permanent Address | 8407 PENNY LANE | 377 ANCHOR WAY |
| City, State, Zip Code | FT. PIERCE FL 34951 | FT. PIERCE FLA. 34946 |
| Area Code/Telephone | ( 561 ) 467-9260 | ( 561 ) 466-8875 |
| Relationship to Borrower | PARENT | SISTER |

### Loan Assistance Requested

11. I request the following loan type(s), to the extent I am eligible (see instructions): ☑ a. Subsidized Federal Stafford   ☑ b. Unsubsidized Federal Stafford

12. I request a total amount under these loan types not to exceed (see instructions for loan maximums): My school will certify my eligibility for each loan type for which I am applying. The amount and other details of my loan(s) will be described to me in a disclosure statement.   $ 18,500.00

13. If I check yes, I am requesting postponement (deferment) of repayment for my Stafford and prior SLS loan(s) during the in-school and grace periods. If I check no, I do not want to defer repayment.   ☑ a. Yes, I want a deferment   ☐ b. No, I do not want a deferment

14. If I check yes, I am requesting that the lender add the interest on my unsubsidized Stafford and prior SLS loan(s) which accrues during the in-school and deferment periods, to my loan principal (capitalization). If I check no, I prefer to pay the interest.   ☑ a. Yes, I want my interest capitalized   ☐ b. No, I prefer to pay the interest

15. If my school participates in electronic funds transfer (EFT), I authorize the school to transfer the loan proceeds received by EFT to my student account.   ☑ a. Yes, transfer funds   ☐ b. No, do not transfer funds

### Promissory Note
*Continued on the reverse side.*

Promise to Pay: I promise to pay to the lender, or a subsequent holder of this Promissory Note, all sums disbursed (hereafter "loan" or "loans") under the terms of this Note, plus interest and other fees which may become due as provided in this Note. If I fail to make payments on this Note when due, I will also pay reasonable collection costs, including attorney's fees, court costs, and collection fees. I understand I may cancel or reduce the size of any loan by refusing to accept any disbursement that is issued. I understand that this is a Promissory Note. I will not sign this Note before reading it, including the writing on the reverse side, even if otherwise advised. I am entitled to an exact copy of this Promissory Note and the Borrower's Rights and Responsibilities. My signature certifies I have read, understand, and agree to the terms and conditions of this Application and Promissory Note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities statement.

**THIS IS A LOAN(S) THAT MUST BE REPAID.**

| 16. Borrower's Signature | Today's Date (Month/Day/Year) |
|---|---|
| *[signature]* | 3-19-99 |

### School Section
*To be completed by an authorized school official.*

| 17. School Name | 23. School Code/Branch | 28. Telephone Number |
|---|---|---|
| | | |

| 18. Street Address | 24. Cost of Attendance $ 27675 .00 | 29. Recommended Disbursement Date(s) (Month/Day/Year) 1st  2nd |
|---|---|---|

| City  State  Zip Code | 25. Federal Expected Family Contribution $ 3681 .00 | 3rd  4th |
|---|---|---|

| 19. Loan Period (Month/Day/Year) From:  To: | 26. Estimated Financial Aid $ .00 | 30. School Certification (See box on the reverse side.) |
|---|---|---|

| 20. Grade Level | 27. Certified Loan Amounts  a. Subsidized $ .00 | Signature of Authorized School Official |
|---|---|---|

| 21. Enrollment Status (Check one.)  ☐ Full Time  ☐ At Least Half Time | | Print or Type Name and Title |
|---|---|---|

| 22. Anticipated Completion (Graduation) Date (Month/Day/Year) | b. Unsubsidized $ .00 | Date   Check box if electronically transmitted to guarantor. ☑ |
|---|---|---|

### Lender Section
*To be completed by an authorized lending official.*

| 31. Lender Name | 32. Lender Code/Branch | 33. Telephone Number | 34. Lender Use Only |
|---|---|---|---|
| | | | |

| Street Address | 35. Amount(s) Approved  a. Subsidized $ .00  b. Unsubsidized $ .00 | |
|---|---|---|

| City  State  Zip Code | 36. Signature of Authorized Lending Official | Print or Type Name, Title, and Date |
|---|---|---|

1/31/94

5/9/

LENDER COPY

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 13
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

**A**

IMAG-R 000024131 0527-00046    (Herein Called "Guarantor")

FINANCE AUTHORITY OF MAINE

**NOTICE OF LOAN GUARANTEE AND DISCLOSURE STATEMENT**
LENDER USE:

SUBSIDIZED FEDERAL STAFFORD LOAN
BORROWER SSN: 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
US18905963-1 000075288 0001570001 D

Lending Institution Name and Address

**B** KEY BANK
KEY EDUCATION RESOURCES
800 SUPERIOR AVE E FL 4
**C** CLEVELAND OH  44114-2601

LOAN PERIOD  05/03/99 THRU 04/14/00
LENGTH OF GRACE  SIX FULL MONTHS
GRADUATION DATE  06/30/2002
MATURITY DATE  12/30/2002    **D**
* FLAG ELECTRONIC APPLICATION *

ED Lender Code  913760   Date Produced  05/27/1999   Interest Rate  6.86  Date Guaranteed  05/18/1999

| School Name and Address | 00205100 | Social Security Number | SEE ABOVE |
| --- | --- | --- | --- |
| SAINT JOSEPH'S COLLEGE<br>278 WHITES BRIDGE RD<br>STANDISH ME  04084-5263 | | Borrower Name and Address   PHONE (561) 467-9260<br><br>JULIAN R ROOKS<br>8407 PENNY LN<br>FORT PIERCE FL  34951-1073 | |

**Late Charges Information:** If any required installment payment has not reached the Lender within N/A days after its due date, the Lender may, if permitted by law, bill you for a late charge at the maximum rate permitted. If a payment is late, you may be charged N/A % of the payment.

**Total Indebtedness:**
The total amount owed this Lender including this loan is $27805.00 . This amount includes only the Federal Stafford (formerly called the Guaranteed Student Loan), Federal SLS, Federal PLUS, and Federal Consolidation loans currently held by this lending institution. It does not include any amounts you may owe through other lending institutions, nor does it include the amount you may owe through other loan programs.

| Disbursement Schedule | Estimated Disbursement Date | Loan Amount | Less Guarantee Fee | Less Origination Fee | Amount of Loan Check | Pre-Paid Guarantee Fee |
| --- | --- | --- | --- | --- | --- | --- |
| FIRST   01 | 05/19/1999 | $ 2834.00 | $  28.34 | $  85.02 | $ 2720.64 | N/A |
| SECOND 02 | 08/30/1999 | $ 2833.00 | $  28.33 | $  84.99 | $ 2719.68 | N/A |
| THIRD   03 | 12/30/1999 | $ 2833.00 | $  28.33 | $  84.99 | $ 2719.68 | N/A |
| TOTAL | | $ 8500.00 | $  85.00 | $ 255.00 | $ 8160.00 | N/A |

**E**

IN ACCORDANCE WITH THE REQUIREMENTS OF FEDERAL LAW, THE ORIGINATION FEE FOR
YOUR LOAN EQUALS  3.0% OF THE LOAN AMOUNT.  BY CASHING YOUR STUDENT LOAN
CHECK, YOU ARE AGREEING TO PAY THIS ORIGINATION FEE.

THE GUARANTEE FEE IS EQUAL TO   1.000 PERCENT OF THE LOAN AMOUNT.

THE INTEREST RATE DISCLOSED ABOVE IS IN EFFECT UNTIL JUNE 30 AND WILL CHANGE
ANNUALLY ON JULY 1 BASED ON THE BOND EQUIVALENT RATE OF THE 91-DAY T-BILL
(AUCTIONED AT THE FINAL AUCTION HELD PRIOR TO JUNE 1) PLUS 1.7% WHILE YOU ARE
IN SCHOOL, IN GRACE OR IN DEFERMENT.  WHILE YOU ARE IN REPAYMENT, THE ANNUAL
INTEREST RATE CHANGE WILL BE CALCULATED USING THE T-BILL RATE PLUS 2.3%. YOUR
INTEREST RATE WILL NEVER EXCEED 8.25%.

USA Funds Form 248 (Rev. 6/95)

Copyright 1995 United Student Aid Funds, Inc. All Rights Reserved

1 OF 2

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
| --- |
| EXHIBIT NO. _____ 14 |
| CASE NO. _____ |
| ADVERSARY NO. _____ |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D |

**A**

IMAG-R 000024131 0527-00046   (Herein Called "Guarantor")

FINANCE AUTHORITY OF MAINE

**NOTICE OF LOAN GUARANTEE AND DISCLOSURE STATEMENT**   UNSUBSIDIZED FEDERAL STAFFORD LOAN
LENDER USE:   BORROWER SSN: 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
US18905963-2 000075288 0001570001 D

**B**

Lending Institution Name and Address

KEY BANK   LOAN PERIOD  05/03/99 THRU 04/14/00
KEY EDUCATION RESOURCES   LENGTH OF GRACE  SIX FULL MONTHS   **D**
800 SUPERIOR AVE E FL 4   GRADUATION DATE  06/30/2002
CLEVELAND OH  44114-2601   MATURITY DATE   12/30/2002
   * FLAG ELECTRONIC APPLICATION *
**C**   ED Lender Code  913760   Date Produced  05/27/1999   Interest Rate   6.86  Date Guaranteed  05/18/1999

| School Name and Address | 00205100 | Social Security Number   SEE ABOVE |
|---|---|---|
| SAINT JOSEPH'S COLLEGE | | Borrower Name and Address  PHONE (561) 467-9260 |
| 278 WHITES BRIDGE RD | | JULIAN R ROOKS |
| STANDISH ME  04084-5263 | | 8407 PENNY LN |
| | | FORT PIERCE FL  34951-1073 |

**Late Charges Information:** If any required installment payment has not reached the Lender within ___ N/A ___ days after its due date, the Lender may, if permitted by law, bill you for a late charge at the maximum rate permitted. If a payment is late, you may be charged ___ N/A ___ % of the payment.

**Total Indebtedness:** The total amount owed this Lender including this loan is $27805.00 . This amount includes only the Federal Stafford (formerly called the Guaranteed Student Loan), Federal SLS, Federal PLUS, and Federal Consolidation loans currently held by this lending institution. It does not include any amounts you may owe through other lending institutions, nor does it include the amount you may owe through other loan programs.

| Disbursement Schedule | Estimated Disbursement Date | Loan Amount | Less Guarantee Fee | Less Origination Fee | Amount of Loan Check | Pre-Paid Guarantee Fee |
|---|---|---|---|---|---|---|
| FIRST   01 | 05/19/1999 | $ 3334.00 | $   33.34 | $ 100.02 | $ 3200.64 | N/A |
| SECOND  02 | 08/30/1999 | $ 3333.00 | $   33.33 | $  99.99 | $ 3199.68 | N/A |
| THIRD   03 | 12/30/1999 | $ 3333.00 | $   33.33 | $  99.99 | $ 3199.68 | N/A |
| TOTAL | | $10000.00 | $  100.00 | $ 300.00 | $ 9600.00 | N/A |

**E**

IN ACCORDANCE WITH THE REQUIREMENTS OF FEDERAL LAW, THE ORIGINATION FEE FOR YOUR LOAN EQUALS  3.0% OF THE LOAN AMOUNT.  BY CASHING YOUR STUDENT LOAN CHECK, YOU ARE AGREEING TO PAY THIS ORIGINATION FEE.

THE GUARANTEE FEE IS EQUAL TO   1.000 PERCENT OF THE LOAN AMOUNT.

YOU ARE RESPONSIBLE FOR ALL INTEREST ON THIS LOAN WHILE IN SCHOOL, IN THE GRACE PERIOD, OR DURING PERIODS OF AUTHORIZED DEFERMENTS.  THIS INTEREST WILL BE ACCRUED AND ADDED TO YOUR PRINCIPAL LOAN BALANCE NO MORE FREQUENTLY THAN QUARTERLY AND WILL BE DUE AND PAYABLE AS PART OF THE ENTIRE LOAN AMOUNT, ONCE REPAYMENT BEGINS.

THE INTEREST RATE DISCLOSED ABOVE IS IN EFFECT UNTIL JUNE 30 AND WILL CHANGE ANNUALLY ON JULY 1 BASED ON THE BOND EQUIVALENT RATE OF THE 91-DAY T-BILL (AUCTIONED AT THE FINAL AUCTION HELD PRIOR TO JUNE 1) PLUS 1.7% WHILE YOU ARE IN SCHOOL, IN GRACE OR IN DEFERMENT.  WHILE YOU ARE IN REPAYMENT, THE ANNUAL INTEREST RATE CHANGE WILL BE CALCULATED USING THE T-BILL RATE PLUS 2.3%. YOUR INTEREST RATE WILL NEVER EXCEED 8.25%.

USA Funds Form 268 (Rev. 6/95)   Copyright 1995 United Student Aid Funds, Inc. All Rights Reserved

| RECEIVED AS | PLAINTIFF // DEFENDANT // JOINT // |
|---|---|
| EXHIBIT NO. | 15 |
| CASE NO. | |
| ADVERSARY NO. | |
| FOR ID. _____ IN EVIDENCE | |
| DATE REC'D | |



# DOE (SECONDARY INSURER)
### (United States Department of Education)

**3**

## pays guarantee agency 100% of "loss"



**2**

---

## GUARANTORS
### FINANCE AUTHORITY OF MAINE
Exhibits: 10A, 11A, 12A, 13A, 14A, 15A, 18A, 20B, 22, 22A.

### USA SERVICES INC.
Exhibits: 10B, 11C, 12C, 13B, 19A,B, 23, 23A.

## pays "loss" to:



**1**

---

### LENDERS
**KEY BANK**
Exhibits: 10C, C1, 11B, 12B, 13C, 14B, 15B, 21 A,B,C,D.
**USA GROUP LOAN SERVICES**
Exhibits: 10B, 11C, 12C, 13B, 19A,B, 23, 23A.
**KEY EDUCATION RESOURCES**
Exhibits: 14C, 15C.
SLMA SERVICING CORP.- exhibit 17

### SERVICER
## SALLIE MAE
Exhibits: 8, 9, 17, 18, 19, 22, 23, 30.

## STUDENTS and/or PARENTS

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 16
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

SALLIE MAE GUARANTEE SERVICES
MC 8362
P O BOX 9570
WILKES BARRE PA 18773-9570
www.studentassistcorp.com

JULIAN R ROOKS JR
3648 DARTFORD LN
TALLAHASSEE FL 32311-7773

Lender/Servicer:
SLMA Servicing Corporation
PO Box 9500
Wilkes-Barre PA 18773-9500
888-272-5543

AUGUST 28, 2008

Account Number 9243322085

Dear JULIAN R ROOKS JR:

You have defaulted on your student loan(s). Your lender, SLMA Servicing Corporation, has submitted your loan(s) to the guarantor for reimbursement.

Payment on the outstanding balance of your loan is due immediately. To make a payment please contact Student Assistance Corporation at 1-800-635-3786.

If you do not pay the total amount outstanding or make other satisfactory arrangements, you could face further collection action.

Here's what may happen if your guarantor purchases your student loan:
* You may be unable to borrow money in the future for a car, home, or to continue your education.
* A portion of your paycheck may be seized to pay this debt.
* Your federal income tax refunds may be seized until this debt is paid.
* You may be charged collection costs of 19 percent of the loan value.

Interest accrues daily, adding to your debt.

Remember: If you are eligible for deferment or forbearance, it may still be possible to process these forms. Contact Student Assistance Corporation today at 1-800-635-3786.

Federal law requires us to inform you that this is an attempt to collect a debt; any information received will be used for that purpose.

A40SME-409-080827

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____17_____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

SALLIE MAE
PO BOX 6180 MC 8357
INDIANAPOLIS IN 46206-6180



JULIAN R ROOKS JR                          OCTOBER 10, 2008
3648 DARTFORD LN                           ACCOUNT NO: 9243322085
TALLAHASSEE, FL 32311-7773

Lender: SLFA-WA INC/WRLLC,ZIONS AS ELT  **B**
School(s) for which loan(s) were made:
    ST JOSEPH'S COLLEGE
Interest Rate(s):
    6.86 %
Interest Type(s): VARIABLE

**A** 

Dear Julian R Rooks Jr:

Your Federal Family Education Loan (FFEL) Program loan(s) held by the above
referenced lender was purchased as a default by the guarantor of the loan(s),
Finance Authority of Maine (FAME). The amount purchased includes an outstanding
principal balance of $40,794.73 and an accrued interest balance of $2,901.78. The
accrued interest was capitalized (added to the principal amount as permitted by
federal regulations) to form a new principal balance of $43,696.51.

As a consequence of default, you are responsible for repayment of charges incurred
to collect on your loan(s) as allowed by federal regulations. Collection charges
are currently calculated at 22.5% of the outstanding principal and accrued interest
balance of your defaulted loan(s). These charges are not a fixed amount and may
change as a result of collection charges.

Federal regulations require the guarantor of your defaulted student loan(s) to
report this information to national credit bureaus for a period of seven years.
Account information will be updated monthly to reflect payments and status changes.

Your account has been placed with the collection agency listed below for collection
purposes. If you pay the balance of your loan in full within 60 days of the date of
this letter, collection charges will not be assessed and the default will not be
reported to the national credit bureaus. However, please note, your payment must be
**received** by the agency within 60 days of the date of this letter. Please contact
the collection agency below for payoff information:

PIONEER CREDIT RECOVERY, INC.
PO BOX 158
ARCADE NY 14009-0158
(877) 907-1804

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO._____ 18
CASE NO._____
ADVERSARY NO._____
FOR ID._____ IN EVIDENCE_____
DATE REC'D_____

SALLIE MAE
PO BOX 6180 MC 8357
INDIANAPOLIS IN 46206-6180
www.loanpaymentsolutions.org



JR J ROOKS
3648 DARTFORD LN
TALLAHASSEE, FL 32311

February 1, 2009
Account No: 9243322085

Dear Jr J Rooks:

**A →** Please be advised that USA Funds, your student loan guarantor, has reported the default of your student loan(s) to the national credit bureaus, as required by federal regulations.  Your credit rating may have been damaged by the reporting **← C** of your default.  The national credit bureaus may also share this information with other smaller credit bureaus throughout the United States.

Should you disagree with USA Funds' entry on your credit report, you may contact the credit bureau to file a Consumer Dispute Verification (CDV).  In addition, if you would like to file a dispute with our office, please do so by writing Sallie Mae, Post Claim Assistance, PO Box 6180, MC 8357, Indianapolis, IN 46206.  Sallie Mae provides post claim assistance and other administrative services on behalf of USA Funds, your guarantor.

The information about your student loan default will continue to be reported for a period of seven years and updated monthly to reflect payments and status changes.  The default status will remain on your credit history throughout the seven year period unless you rehabilitate your account (see loan rehabilitation information below) or receive a loan discharge.  There is no statute of limitations for the collection of federal student loans, and you will be responsible for this debt until it is satisfied or discharged.

**B →** Collection charges have been assessed and interest continues to accrue on your account on a daily basis.  USA Funds, and Sallie Mae acting on behalf of USA Funds, may take a number of actions to collect on this obligation, including one or more of the following:
* Contacting your employer seeking garnishment of your wages;
* Intercepting your state and/or federal tax refund (or other federal monies owed you);
**E →** * Obtaining a court judgment against any of your assets;
* Pursuing additional lawful collection activities.
You have the following options for resolving your loan default:

**Repayment Arrangements with the Collection Contractor**
**D →** You may avoid the drastic collection efforts described above by immediately contacting the collection contractor servicing your account to pay the account in full or make acceptable repayment arrangements.  Please ensure that you understand all of the terms of the arrangements as you will be required to fulfill these commitments.  Failure to fulfill the commitments to which you agree may result in USA Funds, or Sallie Mae on behalf of USA Funds, pursuing one or more of the collection activities listed above.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. ___19___
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

Payment Address:
General Revenue Corporation
PO Box 495999
Cincinnati OH 45249-5999
Correspondence Address:
General Revenue Corp
325 Daniel Zenker Dr
Horseheads NY 14845-1008



# GENERAL REVENUE CORPORATION®

(877) 525-7344 ◆ pay online www.generalrevenue.com
STREET ADDRESS: 325 DANIEL ZENKER DR ◆ HORSEHEADS NY 14845

**C**

**B**

GRC Account #: 10963224
Client: Finance Authority of Maine
Total Current Balance: $60,870.44

JAN 07 2014

10963224-47
Julian R Rooks Jr
3648 Dartford Ln
Tallahassee FL 32311-7773

**D**

### CONSOLIDATION MAY BE THE ANSWER FOR YOUR DEFAULTED EDUCATION LOANS.

Dear Julian R Rooks Jr

Welcome to the Consolidation Loan Program offered to you through Direct Consolidation Loans and General Revenue Corporation. We are committed to offering you the best service, so if you have any questions or comments please call one of our Loan Consolidation Specialists at (877) 525-7344. You can also visit www.loanconsolidation.ed.gov for more information about this program.

Enclosed are the forms that must be completed:

**A**

- Promissory Note
- Repayment Plan Selection Form (RPS)
- Self Certified Letter for income verification*
- Alternative Documentation of Income (ADOI)*
- Authorization to Release Information

\* Please note that you are required to provide proof of your income (and your spouse's income if you are married) to Direct Loans in order to process a Direct Loan Consolidation application with an Income Contingent repayment plan. You can accomplish this by sending in a copy of your most recent tax return (form 1040), or if that is not available, filling out and signing the Self Certified Letter for Income Verification. Alternatively, if you (or your spouse) have no taxable income you can simply check the "No Taxable Income" box on the Alternative Documentation of Income form, sign it and return that form to us.

It is very important that these forms are signed and completed with no errors as mistakes or additional markings will affect your approval for a consolidation. If you do make a mistake put one line through it and initial the change.

Important things to consider when filling out your application:
- The original signed versions of these forms must be returned for processing
- Use only blue or blank ink when signing the documents
- If you are married your spouse is required to sign the Repayment Plan Selection Form and Self Certified Income Verification letter (or Alternative Documentation of Income form if no taxable income) in order for your consolidation to be completed
- Two (2) references that do not live with you or with each other are needed for this application. If you have not already given these to your representative over the phone please add them to the application.

A postage paid envelope has been included in your material to help expedite the return of your application to General Revenue Corporation. Please complete and return these forms to our offices within seven (7) business days from receiving it. This will ensure your application is processed in a timely manner. Please return them to the address below.

General Revenue Corporation
Attn: Consolidation Department
325 Daniel Zenker Dr
Horseheads NY 14845-1008

**E**

This is an attempt, by a debt collector, to collect a debt and any information obtained will be used for that purpose.

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

# FRONT

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. ___20___
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

| ACCOUNT NUMBER | | CURRENT PRINCIPAL | CURRENT INTEREST | CURRENT COLLECTION COST BALANCE | CURRENT OTHER CHARGES | CURRENT INTEREST RATE |
|---|---|---|---|---|---|---|
| A ➤ 10963224 | KEYBANK NATIONAL ASSOCIATION | 11219.18 | 1566.22 | 2843.20 | 0.00 | 2.350% |
| B ➤ 10963225 | KEYBANK NATIONAL ASSOCIATION | 3403.96 | 475.22 | 862.64 | 0.00 | 2.350% |
| C ➤ 10963226 | KEYBANK NATIONAL ASSOCIATION | 13358.02 | 1864.85 | 3385.23 | 0.00 | 2.350% |
| D ➤ 10963227 | KEYBANK NATIONAL ASSOCIATION | 15715.35 | 2193.93 | 3982.64 | 0.00 | 2.350% |

As of the date of this letter, you owe the balance shown on this letter. Because you may be required to pay interest on the outstanding portion of your balance, as well as late charges and other charges that may vary from day to day, the amount required to pay your balance in full on the day you send payment may be greater than the amount stated here. If you pay the amount stated here, an adjustment may be necessary after we receive your payment. In that event, we will notify you of any adjustment in your balance. We encourage you to call General Revenue Corporation prior to making a payment intended to pay your balance in full. Please contact us at the address on this letter, or call the number listed above.

# REVERSE

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /

EXHIBIT NO. _____21_____

CASE NO. _____

ADVERSARY NO. _____

FOR ID. _____ IN EVIDENCE _____

DATE REC'D _____

211309091

FINANCE AUTHORITY OF MAINE
C/O SALLIE MAE POST CLAIM ASSISTANCE MC E2142
P.O. BOX 9460
WILKES-BARRE, PA 18773-9460



 JULIAN R ROOKS JR                                    June 14, 2014
3648 DARTFORD LN                                     Account No: 9243322085
TALLAHASSEE, FL 32311-7773



**A**

Dear Borrower:

**B** On behalf of your student loan guarantor, Finance Authority of Maine, please be
advised that we have requested the U.S. Department of Education to notify the U.S.
Department of Treasury to suspend our previous request to offset any federal monies
you would be eligible to receive, including federal tax refunds, to pay the
defaulted student loan debt(s) you owe.

There may be some delay before this request for suspension of offset takes effect,
because the U.S. Department of Treasury must complete a number of steps to
implement this request. If you expect to receive a federal income tax refund, or
are expecting federal monies, it could take at least four weeks before this
suspension will be processed. Therefore, we advise you to wait at least four weeks
before filing your return. Should you have questions about your tax offset, or any
federal monies that may be due to you, please contact the Internal Revenue Service
at 1-800-829-1040. This notice does not indicate or guarantee that any federal
monies or tax offsets previously intercepted from you will be refunded, nor does it
indicate that you are no longer responsible for a debt.

It is important to note, the request for interception of your federal tax refund,
and any other federal monies you may be eligible to receive, will automatically be   **C**
reinstated without any further notice to you if the circumstances that resulted in
this suspension of offset change. For example, if you fail to make timely payments,
your debt is determined to be non-dischargeable through bankruptcy, and/or a
determination is made as to the collectability of your debt(s).

This notice applies to the guarantor listed within this letter only. If you
received offset notification from any other guaranty agency or the Department of
Education regarding any other student loan/grant debt, you must contact the agency
responsible for that action.

Federal law requires us to inform you that this is an attempt to collect a debt and
any information obtained will be used for this purpose.

**D** If you have any questions about the situation that resulted in this notification,
please call 1-800-331-2314, and select the appropriate option to hear the IRS status
pertaining to your loan(s).

MEDTOWKY/DINAME

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 22_____
CASE NO._____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____



USA FUNDS, INC.
C/O SALLIE MAE POST CLAIM ASSISTANCE MC E2142
P.O. BOX 9460
WILKES-BARRE, PA 18773-9460
loansolutions.usafunds.org



JULIAN R ROOKS JR                                    June 15, 2014
3648 DARTFORD LN                                     Account No: 9243322085
TALLAHASSEE, FL 32311-7773



**A**

**B**

Dear Borrower:

On behalf of your student loan guarantor, USA Funds, we write to advise that we have
requested that the federal government suspend our previous request to intercept
federal payments to you, including federal tax refunds, to pay amounts you owe on
defaulted student loan(s).

There may be some delay before this request for suspension of offset takes effect,
because the U.S. Department of Education must notify the U.S. Department of
Treasury, which must then complete a number of steps to implement this request. If
you expect to receive a federal income tax refund, or are expecting federal monies,
it could take at least four weeks before this suspension will be processed.
Therefore, you may choose to wait at least four weeks before filing your tax return.
Should you have questions about the offset of your tax refund or any federal monies
that may be due to you, please contact the Internal Revenue Service at (800)
829-1040. This notice does not indicate or guarantee that any federal monies or tax
offsets previously intercepted from you will be refunded, nor does it indicate that
you are no longer responsible for a debt.

**C**

It is important to note that the request for interception of your federal tax
refund, and any other federal monies you may be eligible to receive, will
automatically be reinstated without any further notice to you if the circumstances
that resulted in this suspension of offset change. For example, if you fail to make
timely payments, your debt is determined to be non-dischargeable through bankruptcy,
or a determination is made as to the collectability of your debt(s).

This notice applies only to the guarantor listed within this letter. If you
received offset notification from any other guarantor or the Department of Education
regarding any other student loan, you must contact the agency responsible for that
action.

**D**

Federal law requires us to advise you that this is an attempt to collect a debt and
that any information obtained will be used for this purpose.

If you have any questions about this notification, please call (800) 331-2314, and
select the appropriate option to hear the IRS status pertaining to your loan. In
addition, you may also visit the Web site loansolutions.usafunds.org for detailed
loan information.

USDTOWKY/DINAUF

| RECEIVED AS | PLAINTIFF | / / DEFENDANT / / JOINT / / |
|---|---|---|
| EXHIBIT NO. | 23 | |
| CASE NO. | | |
| ADVERSARY NO. | | |
| FOR ID. | IN EVIDENCE | |
| DATE REC'D | | |

TransUnion. | Credit Monitoring

JULIAN'S PROFILE     SUPPORT     LOGOUT

My Dashboard | My Credit Score | My Credit Report | My Debt Analysis | Identity Protection | Credit Education | Special Offers

**My Profile**                                                                 Print This Page

| My Alerts | Payments & Orders | My Settings | My Information |

**PRODUCT BILLING INFORMATION**                                    Update/Change Credit Card

| Credit Card | Expiration Date | Cardholder Name | Billing Address |
|---|---|---|---|
| ***************2461 | 5/2016 | Julian Rooks | 3648 Dartford Lane<br>tallahassee, FL 32311 |

**MY ORDERS (2)**

| Order Number | Date |
|---|---|
| [+] 1475A93FC4B027DA | 07/21/2014 |
| [+] 1475A95584B027DA | 07/21/2014 |

This site is hosted and operated by TransUnion Interactive, Inc., a wholly owned subsidiary of TransUnion, LLC. Copyright 2014 TransUnion Interactive. All Rights Reserved.
PRIVACY| TERMS OF USE | ABOUT

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT  / /
EXHIBIT NO._____24_____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

| ▼ SALLIE MAE | $0 | 10/17/2008 | $0 | 118 |

[Account Status]  [Payment Status]  [Creditor Contact]                    [How to Dispute]

| Credit Reporting Agency | TransUnion. | EQUIFAX | Experian |
|---|---|---|---|
| Credit Report Period | 02/18/1999 | 10/01/2008 | 10/31/2008 |
| Account Number | 9243322085100091**** | 9243322085100091**** | 9243322085100091999**** |
| Condition | Closed | Derogatory | Derogatory |
| Responsibility | Individual | Individual | Individual |
| Current Balance | $0 | $0 | $0 |
| High Balance | $2,166 | $2,166 | $2,166 |
| Limit | $0 | $0 | $0 |
| Monthly Payment | $0 | $0 | $0 |
| Last Payment | | 11/01/2007 | |
| Status | OK | OK | 6 |
| Loan Term | 118 months | 0 months | 118 months |
| Loan Type | Educational | | Educational |
| Opened | 02/18/1999 | 02/01/1999 | 02/01/1999 |
| Reported | 10/17/2008 | 11/01/2007 | 10/01/2008 |
| Remarks | Debt being pd through insurance | Defaulted loan - claim filed against guarantor(Balance paid or being paid by insurance company | Debt being paid through insurance.(Claim filed with government for insured portion of balance of loan. |

A

B

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____25_____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

☑ INQUIRIES                                                    [How to Dispute]

These inquiries are made by companies with whom you have applied for a loan or credit in the past two years. These inquiries can impact your credit rating.

A request for your credit history is called an inquiry. Inquiries remain on your credit report for two years. There are two types of inquiries -- Hard inquiries may impact your credit score. Soft inquiries do not.

| Creditor Name | Date of Inquiry | Reporting Bureau |
|---|---|---|
| FINANCIAL ASSET MGMT S | 10/14/2013 | EXPERIAN |
| GENERAL REVENUE COMPAN | 03/08/2013 | EXPERIAN |

A

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____26_____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

▼ SALLIE MAE                 $0                    10/17/2008            $0                  118

**Account Details**    **Payment Status**    **Creditor Contact**                                    **How to Dispute**

| Credit Reporting Agency | ⚘ TransUnion. | **EQUIFAX** | ⠿ Experian |
|---|---|---|---|
| Credit Report Period | 02/18/1999 | 10/01/2008 | 10/31/2008 |
| Account Number | 9243322085100101**** | 9243322085100101**** | 9243322085100101999**** |
| Condition | Closed | Derogatory | Derogatory |
| Responsibility | Individual | Individual | Individual |
| Current Balance | $0 | $0 | $0 |
| High Balance | $7,139 | $7,139 | $7,139 |
| Limit | $0 | $0 | $0 |
| Monthly Payment | $0 | $0 | $0 |
| Last Payment | | 11/01/2007 | |
| Status | OK | OK | 6 |
| Loan Term | 118 months | 0 months | 118 months |
| Loan Type | Educational | | Educational |
| Opened | 02/18/1999 | 02/01/1999 | 02/01/1999 |
| Reported | 10/17/2008 | 11/01/2007 | 10/01/2008 |
| Remarks | Debt being pd through insurance | Defaulted loan - claim filed against guarantor|Balance paid or being paid by insurance company | Debt being paid through insurance.|Claim filed with government for insured portion of balance of loan. |

**A**

**B**

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 27 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

| Account Name | Balance | Balance Date | Monthly Payment | Term |
|---|---|---|---|---|
| ▶ SALLIE MAE | $0 | 10/17/2008 | $0 | 118 |
| ▼ SALLIE MAE | $0 | 10/17/2008 | $0 | 118 |

[Account Details]  [Payment Status]  [Creditor Contact]          [How to Dispute]

| Credit Reporting Agency | TransUnion. | EQUIFAX | Experian |
|---|---|---|---|
| Credit Report Period | 05/27/1999 | 10/01/2008 | 10/31/2008 |
| Account Number | 92433220851000**** | 92433220851000081**** | 92433220851000081999**** |
| Condition | Closed | Derogatory | Derogatory |
| Responsibility | Individual | Individual | Individual |
| Current Balance | $0 | $0 | $0 |
| High Balance | $8,500 | $8,500 | $8,500 |
| Limit | $0 | $0 | $0 |
| Monthly Payment | $0 | $0 | $0 |
| Last Payment | | 11/01/2007 | |
| Status | OK | OK | 6 |
| Loan Term | 118 months | 0 months | 118 months |
| Loan Type | Educational | | Educational |
| Opened | 05/27/1999 | 05/01/1999 | 05/01/1999 |
| Reported | 10/17/2008 | 11/01/2007 | 10/01/2008 |
| Remarks | Debt being pd through insurance | Defaulted loan - claim filed against guarantor|Balance paid or being paid by insurance company | Debt being paid through insurance.|Claim filed with government for insured portion of balance of loan. |

**A**

**B**

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 28 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

Installment Accounts

| Account Name | Balance | Balance Date | Monthly Payment | Term |
|---|---|---|---|---|
| ▼ SALLIE MAE | $0 | 10/17/2008 | $0 | 118 |

Account History   Payment Status   Creditor Contact                 How to Dispute

| Credit Reporting Agency | TransUnion. | EQUIFAX | Experian |
|---|---|---|---|
| Credit Report Period | 05/27/1999 | 10/01/2008 | 10/31/2008 |
| Account Number | 9243322085100**** | 9243322085100071**** | 9243322085100071999**** |
| Condition | Closed | Derogatory | Derogatory |
| Responsibility | Individual | Individual | Individual |
| Current Balance | $0 | $0 | $0 |
| High Balance | $10,000 | $10,000 | $10,000 |
| Limit | $0 | $0 | $0 |
| Monthly Payment | $0 | $0 | $0 |
| Last Payment | | 11/01/2007 | |
| Status | OK | OK | 6 |
| Loan Term | 118 months | 0 months | 118 months |
| Loan Type | Educational | | Educational |
| Opened | 05/27/1999 | 05/01/1999 | 05/01/1999 |
| Reported | 10/17/2008 | 11/01/2007 | 10/01/2008 |
| Remarks | Debt being pd through insurance | Defaulted loan - claim filed against guarantor|Balance paid or being paid by insurance company | Debt being paid through insurance.|Claim filed with government for insured portion of balance of loan. |

**A**

**B**

| ► SALLIE MAE | $0 | 10/17/2008 | $0 | 118 |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 29
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

FINANCE AUTHORITY OF MAINE
C/O SALLIE MAE POST CLAIM ASSISTANCE MC E2142
P.O. BOX 9460
WILKES-BARRE, PA 18773-9460



 JULIAN R ROOKS JR                                    OCTOBER 01, 2014
3648 DARTFORD LN                                     ACCOUNT NO: 9243322085
TALLAHASSEE FL 32311-7773


Dear JULIAN R ROOKS JR:

The FINANCE AUTHORITY OF MAINE has been required to assign the following
defaulted student loans to the U.S. Department of Education:

| Disbursement Date | Disbursement Amount |
| --- | --- |
| 02/19/1999 | $7,139.00 |
| 02/19/1999 | $2,166.00 |
| 05/28/1999 | $8,500.00 |
| 05/28/1999 | $10,000.00 |

Your future payments should now be mailed to the National Payment Center at the
following address:

          U.S. Department of Education
          National Payment Center
          P.O. Box #4169
          Greenville, TX 75403
          1-800-621-3115

In addition, any inquiries about the above mentioned loan(s) should be mailed
to the U.S. Department of Education at the following address:

          U.S. Department of Education
          San Francisco Servicing Center
          50 United Nations Plaza
          San Francisco, CA 94102-4987
          1-800-621-3115

Thank you for your cooperation.

Sincerely,


Finance Authority of Maine

DSU7ME



RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____ 30 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

# SLM

**FINANCIAL CORPORATION**
a Sallie Mae company

APRIL 7, 2008

JULIAN R. ROOKS SR.
3648 DARFORD LANE
TALLAHASSEE, FL. 32311

**Balance Due: $ 1,647.92**
PAYOFF BAL  $ 10,611.06

Dear  MR  ROOKS SR.

## URGENT
## WARNING OF IMPENDING DEFAULT
## MAKE ALL OVERDUE PAYMENTS IMMEDIATELY

You have seriously defaulted on your student loan.  The consequences of default are extremely severe. We will assign your accounts to an attorney or a collection agency that will institute proceedings to either:

1) Bring suit against you to enforce repayment of the loans.
2) Garnish your wages as permitted by law.
3) Initiate collection efforts that will demand payment of your total
   balance.

We strongly urge you to pay the past due amount today or contact us discuss a satisfactory arrangement.

To assist in payment, you may use a CREDIT CARD (Visa, MasterCard or Discover) or CHECK BY PHONE.  Please contact our office at **800-559-3220 EXT 8380** for details.

According to guidelines issued by the National Automated Clearing House Association (NACHA), financial service providers like Sallie Mae may electronically process payments (checks) received from their customers. Sallie Mae has begun clearing your check electronically as opposed to depositing the paper check. Accordingly, (1) all received checks will clear the bank faster and (2) your check will not be returned to you in your bank statement (neither the original check, nor an imaged copy). In the event that Sallie Mae is unable to process your payment electronically, it will be converted to a paper check.  Your bank statement is valid proof of payment. Please note the check debit on your bank statement will reflect Sallie Mae as the payee.  If you should have any further questions, please visit our web site at www.salliemae.com. Customer Service

Sincerely,

Kurt Felder
**kurtis.felder@slma.com**
Recovery Investigator ◄━━━━

SLM Financial PO Box 470 Marlton NJ 08053
Phone: (856) 642-8380 • Fax: (317) 594-1069

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT  / /
EXHIBIT NO._____31_____
CASE NO._____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D_____