IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* and JULIAN RODNEY ROOKS JR., | Case No. 4:16CV39 MW-CAS |
| Plaintiff, vs. | FILED *IN CAMERA* AND UNDER SEAL |

Sallie Mae, Inc., a Florida Corporation,
Sallie Mae Bank
Sallie Mae, fictitiously named Navient
Solutions Inc., a Florida Corporation
Kurt Felder, a Sallie Mae Investigator
Finance Authority of Maine (FAME),
Key Bank
Key Education Resources
General Revenue Corporation,
Finance Authority of Maine,
SLFA-WA INC/WRLLC,ZIONS AS ELT
USA Funds,
USA Services Inc.
USA Group Loan Services,
General Revenue Corporation,
St Joseph's College of Maine,
Equinox Capital, licensed by the United
States Small Business Administration,
Equinox Capital Partners LLC,
Equinox, *et al,*

USA Services Inc.
USA Group Loan Services,
General Revenue Corporation,
St Joseph's College of Maine,
Equinox Capital, licensed by the United
States Small Business Administration,
Equinox Capital Partners LLC,
Equinox, *et al,*
Prairie Capital,
R3 Education Inc., a Florida Corporation,
R3 Education, a Massachusetts
Corporation, Steven Rodger, CEO,
St. Matthews University, Inc., a Florida
Corporation, St. Matthew's University
St. Matthews University, Inc., a Florida
Corporation, St. Matthew's University
(Cayman) Ltd., Corp., a Florida Corporation
St. Matthew's University
School of Medicine LLC, a Florida
Corporation, St. Matthews University
Ltd., a Florida Corporation,
Roger Crawford Courtney Esq., Special
Council to St. Matthews University,
Member of the Bar of the
Commonwealth of Virginia and of
other states,
      Defendants,

## MOTION TO PRECLUDE THE STATUTE OF LIMITATIONS AS A DEFENSE

Plaintiffs respectfully request that the Court preclude the Defendants from asserting a defense related to the statute of limitations as this would allow the Defendants to plead a defense made possible by their own fraudulent concealment.

## MOTION FOR PROTECTIVE ORDER TO RESTRICT REMOTE ELECTRONIC ACCESS AND PROVIDE FOR REDACTION OF INFORMATION

Plaintiff request the Court to retain this unredacted copy of the Complaint under the Fedral Rules of Civil Procedure Rule 5.2(f) and allow Plaintiff to submit a redacted

copy.

Respectfully submitted,

DATED: 1/22/2016

PLAINTIFF

_Julian Rodney Rooks Jr._
Julian Rodney Rooks Jr.