IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JULIAN RODNEY ROOKS, JR.,

    Plaintiff,

VS.                                                                          Case No. 4:16cv39-MW/CAS

ST. MATTHEWS UNIVERSITY,
and SALLIE MAE, INC.,

    Defendants,
_____/

## O R D E R

Plaintiff, proceeding pro se and with in forma pauperis status, *see* ECF No. 5, has filed an amended complaint.  ECF No. 6.  Because Plaintiff is not incarcerated, this Order advises Plaintiff of the requirements for service of process.

Plaintiff is informed that it is his responsibility to serve the Defendants with a copy of the amended complaint [hereinafter "complaint"] as filed with the Court.  Fed. R. Civ. P. 4(c)(1).  Service must be accomplished within 90 days after the filing of the complaint.  Fed. R. Civ. P. 4(m).  That time is hereby extended to 90 days from the date that this Order is entered on the docket pursuant to Rule 4(m).

To effect formal service of process, Defendants must be delivered a copy of the complaint and a summons that is issued to Plaintiff by the Clerk of this Court.  FED. R. CIV. P. 4(h)(1).  The copy of the complaint must be *identical* to the complaint filed with this Court.  Delivery may be made by anyone who is at least 18 years of age and is not a party to this action.  FED. R. CIV. P. 4(c).  Process servers may be found under that heading in the yellow pages of the telephone book.

Plaintiff has named St. Matthews University and Sallie Mae, Inc., as the Defendants in this case.  Because the Defendants are corporations or business entities, service must comply with Rule 4(h) of the Federal Rules of Civil Procedure.  Rule 4(h) requires delivery of "a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and - if the agent is one authorized by statute and the statute so requires - by also mailing a copy of each to the defendant."  Fed. R. Civ. P. (4)(h)(1)(B).  Rule 4(h) also permits service upon a corporation in the manner also prescribed for individuals as set forth in Rule 4(e)(1), if waiver of service has not been obtained.

Case No. 4:16cv39-MW/CAS

Under the provision concerning service on an individual, service may be effected by following the law of the State of Florida.  FED. R. CIV. P. 4(e)(1).  Florida law permits service on a corporation by serving the corporation's designated registered agent.  See Fla. Stat. § 48.084(3).

Alternatively, Rule 4(d) allows Plaintiff the option of notifying the Defendants that an action has been commenced against the Defendant and requesting that formal service of the summons be waived.  FED. R. CIV. P. 4(d)(1).  A request to waive service must be sent through first-class mail, or other reliable means, and include a copy of the complaint, notice of the commencement of the action and the consequences of not waiving service, two copies of the waiver form requesting that Defendant waive formal service of process, and a prepaid means for returning the form.  FED. R. CIV. P. 4(d)(1).  If the Defendant fails to return the waiver form within 30 days, Plaintiff must formally serve the Defendant, but the Defendant may be liable for the costs of formal service.  FED. R. CIV. P. 4(d)(2).  Plaintiff is advised to review Rule 4 before attempting service by either of the above methods.

If Plaintiff is unable to serve the complaint as explained above, Plaintiff may request that service be made by a United States marshal or

deputy marshal.  F̲ED̲. R. C̲IV̲. P. 4(c)(3).  Such a request must be filed on or before **August 5, 2016**, so that service may be completed within 90 days as required by Rule 4(m), and must be accompanied by the address for the Defendants.[1]  Such a request should also explain why Plaintiff is unable to comply with this Order explaining service.

Accordingly, it is hereby

**ORDERED:**

1.  The docket shall reflect that there are two Defendants in this action: St. Matthews University and Sallie Mae, Inc.  ECF No. 6.

2.  The Clerk of Court issue summonses for the Defendants and deliver the summonses along with this Order to Plaintiff, who shall be responsible for prompt service of the summons and complaint upon the Defendants.  The Clerk shall also forward to Plaintiff two copies of the AO-398 Form (Notice of a Lawsuit and Request to Waiver Service of a Summons) and four copies of the AO-399 Form (Waiver of the Service of Summons) to be used if Plaintiff decides to request that Defendants waive service of the complaint under Fed. R. Civ. P. 4(d).

---

[1] Plaintiff did not include an address for the Defendants within the complaint.

Case No. 4:16cv39-MW/CAS

3. After Defendants file a response to the complaint, Plaintiff will be required to mail to the attorneys for the Defendants a copy of every pleading or other paper, including letters, submitted for consideration by the Court. Plaintiff shall include with the original paper to be filed with the Clerk of Court a "certificate of service" which states the date a correct copy of the paper was mailed to the attorneys representing the Defendants. Any paper submitted for filing after a response to the complaint has been filed by the Defendants which does not contain a "certificate of service" shall be returned by the Clerk and disregarded by the Court.

4. In accordance with 28 U.S.C. § 636(c)(2), the Clerk shall forward to Plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it. If Plaintiff wishes to consent, he should sign the form and forward it to counsel for the Defendants, who shall return it to the Clerk only if all Defendants consent.

Case No. 4:16cv39-MW/CAS

5.  The Clerk of Court shall return this file upon receipt of an answer or other response to the complaint from the Defendants, upon the filing of an executed or unexecuted summons, or no later than August 22, 2016.

**DONE AND ORDERED** on June 21, 2016.

**S/    Charles A. Stampelos**
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**