IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JULIAN RODNEY ROOKS, JR.,

    Plaintiff,

Case No. 4:16cv39-MW/CAS

VS.

ST. MATTHEWS UNIVERSITY., et al

FILED *IN CAMERA* AND
UNDER SEAL

SALLIE MAE, INC., et al

    Defendants,

## PLAINTIFF/RELATOR'S MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff and Realtor Julian Rodney Rooks Jr. requests that the above styled case be dismissed without prejudice because the US Attorney was not properly served in the case. Plaintiff will refile the case.

FiledAUG15'16USDcFln4PM0339

1 of 2

Respectfully submitted,

DATED: 8/15/2016                                    *Qui Tam* Plaintiff

*[signature: Julian Rodney Rooks Jr.]*
Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, Florida, 32311
(850) 329-7019