IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JULIAN RODNEY ROOKS, JR.,**

    **Plaintiff,**

vs.                                     CASE NO. 4:16cv39-MW/CAS

**ST. MATTHEWS UNIVERSITY, et al.,**

    **Defendants.**
_____/

## O R D E R

Plaintiff, proceeding pro se, filed a Complaint on January 1, 2016, ECF No. 1. Leave to proceed in forma pauperis was granted in this Court's Order entered March 10, 2016. ECF No. 5. This Court's order entered June 21, 2016, directed the Clerk to issue summons and Plaintiff was informed that it would be his responsibility to serve the Defendants

with a copy of the amended complaint as filed with the Court. Fed. R. Civ. P. 4(c)(1). Plaintiff was further advised that service must be accomplished within 90 days from the filing date of the complaint. Fed. R. Civ. P. 4(m).

Plaintiff has now filed a Motion to Dismiss without Prejudice due to his inability to properly serve the U.S. Attorney. The Motion which will be treated as a notice of voluntary dismissal pursuant to Rule 1.420(a)(1) of the Florida Rules of Civil Procedure. ECF Doc. 9.

Rule 41(a)(1) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves his answer, or files a motion for summary judgment. Since the defendant has not yet been served, it is clear that the Plaintiff is automatically entitled to take a voluntary dismissal at this time.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Voluntary Dismissal is GRANTED and this cause shall be considered closed upon entry of this order.

**DONE AND ORDERED** on August 18, 2016.

 S/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**